■ UNITED CAPITAL CORP., Respondent, v 183 LORRAINE STREET ASSOCIATES et al., Defendants, and FRENCH BOUREKAS,

MINC., Appellant. (Action No. 1.) 183 LORRAINE STREET ASSOCI-
ATES et al., Plaintiffs, v METROPOLITAN CONSOLIDATED INDUS-
TRIES, INC., Respondent, ATTILIO F. PETROCELLI et al., Defen-
dants, and JOSEPH FISCHER et al., Nonparty Appellants. (Action
No. 2.) [686 NYS2d 710] —Motion by the appellants for reargu-
ment of an appeal from an order of the Supreme Court, Kings
County, entered March 25, 1997, which was determined by de-
cision and order of this Court dated June 8, 1998 (251 AD2d
400).

Upon the papers filed in support of the motion and the papers
filed in opposition thereto, it is

Ordered that the motion is denied; and it is further,

Ordered that on the Court's own motion, its decision and or-
der in the above-entitled matter is amended by deleting from
the last sentence thereof the words "the motion was properly
denied", and substituting therefor the words "the order, which
was entered on March 25, 1997, was properly made". Man-
gano, P. J., Santucci, Thompson and Altman, JJ., concur.